UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 11-12922-EEB |
| LAWRENCE S. MERTES, ) | |
| SSN: XXX-XX-0788 ) | |
| ) | Chapter 11 |
| ) | |
| ) | |
| Debtor. ) | |

### ORDER GRANTING DEBTOR'S MOTION TO CLOSE
### INDIVIDUAL CHAPTER 11 CASE

THIS MATTER, having come before the Court on the Debtor's Motion to Close Individual Chapter 11 Case ("Motion"), the Court, having considered the Motion and the absence of any timely objection to the relief requested in the Motion by any party in interest, deems the Motion to be uncontested, and finds that the Debtor's Plan of Reorganization has been substantially consummated in accordance with 11 U.S.C. § 1101(2) and the estate has been fully administered, except for the completion of all plan payments.

Accordingly, it is

**ORDERED:**

1. That the Motion is GRANTED.
2. That this Individual Chapter 11 case is hereby CLOSED.
3. That this Order shall not constitute an order closing this case for purposes of Fed. R. Bankr. P. 4006.
4. As set forth in 11 U.S.C. § 1141(a), the provisions of the confirmed plan and confirmation order shall continue to bind the Debtor, the creditors, and other parties in interest.
5. The Debtor, any creditor, or any other party in interest may file a motion to reopen this case for cause without the necessity of paying a filing fee.

DONE and entered this __29th__ day of __January__, 2014 *nun pro tunc* January 3, 2014 at Denver, Colorado.

BY THE COURT:

*Elizabeth E. Brown*
Honorable Elizabeth E. Brown
United States Bankruptcy Judge

4